IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BILLIE JOE CHAPMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>DOUGLAS COUNTY DEPARTMENT OF CORRECTIONS, and MARK FOXHALL, C.E.O.;<br><br>    Defendants. | 8:17CV465<br><br>**MEMORANDUM AND ORDER** |

This matter is before the court on its own motion. On December 7, 2017, the clerk of the court sent a notice, order, and letter to Plaintiff at his last known address and it was returned to this court as undeliverable on December 18, 2017. (*See* Filing No. 8.) Plaintiff has an obligation to keep the court informed of his current address at all times.[1] *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this court if Plaintiff's whereabouts remain unknown.

IT IS THEREFORE ORDERED that:

1. Plaintiff must update his address within 30 days. Failure to do so will result in dismissal of this action without further notice to Plaintiff.

---

[1] In one of Plaintiff's other cases filed in this court, Plaintiff did represent that he "can be moved against his will at any time to the Lincoln Regional Center in Lincoln, Nebraska" and asked the clerk of the court to check and see if he is still at the Douglas County Department of Corrections before mailing materials to him. (*See* Filing No. 10 at CM/ECF p.2 and Filing No. 12 at CM/ECF p.5, *Chapman v. Retelsdorft et al.*, Case No. 8:17-cv-425-RGK-PRSE.) Thus, the court will direct the clerk to send a copy of this order to the Lincoln Regional Center.

2. The clerk of the court is directed to send a copy of this order to the address on file for Plaintiff and a copy to the Lincoln Regional Center, West Prospector Place and Folsom, P.O. Box 94949, Lincoln, NE 68509-4949.

3. The clerk of the court is directed to set a pro se case management deadline in this case using the following text: January 26, 2018: check for address.

Dated this 26th day of December, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge